# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI M. SCHRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV474 |
| vs. ) | |
| ) | ORDER |
| TAYLOR PLUMBING, INC., et al. ) | |
| ) | |
| Defendants ) | |

This matter is before the court on the defendants' motion for a continuance of the telephone planning conference (Filing No. 12). The motion will be granted as set forth below.

**IT IS ORDERED:**

1. The defendants' motion for a continuance of the telephone planning conference (Filing No. 12) is granted as set forth below.

2. The telephone planning conference in this matter is scheduled for **September 5, 2006, at 10:00 a.m.**

3. Plaintiff's counsel shall initiate the telephone planning conference.

DATED this 8th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge