## 5IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORI M. SCHRAM,** | ) | **CASE NO. : 8:05cv474** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **TAYLOR PLUMBING, INC., and** | ) | |
| **BARRY TAYLOR,** | ) | |
| | ) | |
| **Defendants** | ) | |

This matter comes before the Court upon Plaintiff's Motion to Dismiss the above-entitled matter with prejudice. The Court, being fully advised in the premises hereby orders that this matter shall be dismissed with prejudice. Each party shall be responsible for its own costs.

DATED this 15th day of August, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Honorable Joseph Bataillion
Federal District Court Judge